UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| MERCURY COMPANIES, INC. | ) Case No. 08-23125 |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| MERCURY COMPANIES, INC. | ) |
|     Plaintiff, | ) |
| v. | ) Adv. Proc. No. 10-01133 MER |
| | ) |
| FNF SECURITY ACQUISITION, INC. | ) |
|     Defendant. | ) |

**ORDER GRANTING DEFENDANT'S MOTION TO STAY PROCEEDINGS PENDING DISPOSITION OF MOTION TO WITHDRAW THE REFERENCE**

THIS MATTER came before the Court on the Defendants Motion to Stay Proceedings Pending Disposition of Motion to Withdraw the Reference ("Motion") and the Court being advised in the premises;

ORDERS the proceedings are stayed in this Adversary Proceeding pending the District Court's determination of the Motion to Withdraw the Reference. All deadlines will be reset if necessary. The hearing on September 12, 2011, is vacated.

Dated August 29, 2011

BY THE COURT:

Michael E. Romero
U.S. Bankruptcy Judge