THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MERCURY COMPANIES, INC. | ) | Case No. 08-23125 MER |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| MERCURY COMPANIES, INC. | ) | Adversary No. 10-1133 MER |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| FNF SECURITY ACQUISITION, INC., et al | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT**

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on August 15, 2011, and the relevant responses and replies thereto, if any. Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the U.S. District Court for further action.

Dated: September 22, 2011          BY THE COURT:

Michael E. Romero
U.S. Bankruptcy Judge